# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GREG KOCHIS ) | CASE NUMBER: 1:09-CV-37 |
| Plaintiff, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| -vs- ) | |
| GOLF CHANNEL, ET AL. ) | **NOTICE OF DISMISSAL PURSUANT** |
| ) | **TO RULE 41(a)(1)(A)-without prejudice** |
| Defendants. ) | |

Now comes the Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, notifies the Court and the parties hereto that the Plaintiff has voluntarily dismissed, without prejudice, the above captioned case.

IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

FEBRUARY 4, 2009

Respectfully submitted,

s/James D. Ingalls
James D. Ingalls, #0053071
20th Floor, The Standard Building
1370 Ontario Street
Cleveland, Ohio  44113
(216) 363-6030
jdilaw@gmail.com
Attorney for the Plaintiff